IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA WILLIS LUHN, An individual Los Angeles, CA<br><br>     Plaintiff,<br><br> v.<br><br>SHOWTIME NETWORKS, LLC., A Delaware Corporation<br>Registered Agent Listed As:<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>and<br><br>BLUMHOUSE PRODUCTIONS. LLC, A Delaware Limited Liability Company<br>Registered Agent Listed As:<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>and<br><br>GABRIEL SHERMAN, An individual<br>3537 78th St. #41<br>Jackson Heights, NY 11372<br><br>     Defendants. | CIVIL ACTION NO. 19-CV-00618 LPS |

**STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISAL OF
PLAINTIFF'S COMPLAINT WITH PREJUDICE**

4848-0313-1544v.1 0103245-000013

It is hereby stipulated by and between the parties hereto, subject to the approval of the Court, that Plaintiff LAURA WILLIS LUHN requests dismissal with prejudice of her Complaint in its entirety.

Of Counsel:

Alonzo Wickers IV (*pro hac vice pending*)
Jonathan L. Segal (*pro hac vice pending*)
Susan E. Seager (*pro hac vice pending*)
**DAVIS WRIGHT TREMAINE LLP**
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-6800
Telecopier: (213) 633-6899
alonzowickers@dwt.com
jonathansegal@dwt.com
susanseager@dwt.com

Respectfully submitted,

David L. Finger (State Bar I.D. 2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
Telephone: (302) 573-2525 Telecopier: (302) 573-2524
dfinger@delawgroup.com

**ATTORNEYS FOR DEFENDANTS SHOWTIME NETWORKS, LLC., BLUMHOUSE TV, LLC (erroneously sued as "Blumhouse Productions, LLC"), and GABRIEL SHERMAN**

By: /s/ Laura Luhn
Plaintiff Pro Se

*Of Counsel*
Larry Klayman, Esq.
**KLAYMAN LAW GROUP, P.A.**
2020 Pennsylvania Ave. NW #800
Washington, D.C. 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

Dated: June 19 2019

Dated: June 27 2019

SO ORDERED

_____
Date

_____
Hon. Leonard P. Stark

4848-0313-1544v.1 0103245-000013